UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JUAN NIETO, individually and on behalf of all others similarly situated; <br><br> Plaintiffs, <br><br> v. <br><br> SIMON PROPERTY GROUP, INC., a Delaware corporation; and DOES 1 through 50, inclusive; <br><br> Defendants. | Case No.: 8:19-cv-00010 DOC (JDEx) <br><br> ORDER RE STIPULATED PROTECTIVE ORDER AND CLAWBACK AGREEMENT |

Based on the parties' Stipulated Protective Order and Clawback Agreement (Dkt. 21, "Stipulation") and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is entered as an Order of this Court.

DATED: August 21, 2019

_____
JOHN D. EARLY
United States Magistrate Judge

1